HEINBERG BROTHERS, A CORPORATION, *Plaintiff in Error,* v. H. W. THOMPSON, F. C. CHAFFIN, E. L. CREARY AND J. E. CREARY, *Defendants in Error.*

APPELLATE PRACTICE—FINAL JUDGMENT NECESSARY TO SUPPORT WRIT OF ERROR.

Where the record brought to an appellate court by writ of error shows that there was no final judgment in the cause from which such writ would lie, the writ of error will be dismissed at the cost of the plaintiff in error.

This case was decided by Division A.

Writ of error to the Circuit Court for Escambia county.

The facts in the case are stated in the opinion of the court.

*John C. Avery* for plaintiff in error.

*Blount & Blount* for defendants in error.

PER CURIAM.—This cause coming on for final adjudication before Division A of the court upon the transcript of the record and briefs of counsel for the respective parties, upon due consideration the court finds that there was no final judgment rendered in said cause from which writ of error would lie, and it is, therefore, hereby considered, ordered and adjudged that the writ of error in said cause be, and the same is hereby, dismissed at the cost of the plaintiff in error. *Harrison v. Thruston,* 11 Fla. 307; *Gates v. Hayner,* 22 Fla. 325, and authorities cited therein; *Johnson, Daniels & Co. v. Polk County,* 24 Fla. 28, 3 South. Rep. 414.